RUTH MOSS, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bergan, JJ.

■

ROSARIO MELENDEZ, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— In view of the state of the record, and the fact that the application for the policy was not received in evidence, we are constrained to affirm. Determination unanimously affirmed, with costs to the respondent. Present — Peck, P. J., Cohn, Callahan, Botein and Bergan, JJ.

■

In the Matter of the Accounting of BETTY I. BARUC, as Executrix of EDGAR S. BARUC, Deceased, Respondent. DIRECTOR OF INTERNAL REVENUE, Appellant.— Decree unanimously modified so as to fix the attorney's compensation at the sum of $5,000 and, as so modified, affirmed. In view of all the circumstances we think the services rendered to the estate would be sufficiently compensated for by an allowance of $5,000. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Botein and Bergan, JJ.

■

AMERICAN DYEWOOD COMPANY, a Pennsylvania Corporation, Respondent, and IRVING LESCH, Intervener, Respondent, v. LOWELL ADAMS FACTORS CORP. et al., Appellants, et al., Defendants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Callahan, Botein and Bergan, JJ.

■

LAWRENCE E. O'CONNELL v. ISTHMIAN STEAMSHIP COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See ante, p. 932.]

■

BENJAMIN MARSHALL v. CITY OF NEW YORK et al.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ. [See ante, p. 918.]

■

HUMBERT DE SAYVE v. JEAN DE G. DE LA VALDENE.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ. [See ante, p. 918.]

■

SARAH WEINER, Doing Business as WHITE ROE LAKE, et al., Appellants, v. MERCURY ARTISTS CORPORATION, Defendant, and JOE RICARDEL, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See 284 App. Div. 108.]